```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

DANIEL A. PILOT,                :
    Plaintiff,               :
                              :
vs.                             :   CIVIL ACTION 16-00140-WS-M
                              :
COMMISSIONER A.D.O.C.,*et al*.  :
    Defendants.              :
                              :

**ORDER**

After due and proper consideration of all portions of this action deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Jefferson Dunn, Walter Myers, Ronzella Howard, James Smith, Jeff Pace, Bryant Moore, Johnnie Tait, and Harry Boudreaux, and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

    **DONE** this 28th day of December, 2016.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE