```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

DANIEL A. PILOT,                :
     Plaintiff,                 :
                                :
vs.                             :    CIVIL ACTION 16-00140-WS-M
                                :
COMMISSIONER A.D.O.C., et al.   :
     Defendants.                :
                                :
```

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Daniel A. Pilot recover nothing, and the claims made against Defendants Jefferson Dunn, Walter Myers, Ronzella Howard, James Smith, Jeff Pace, Bryant Moore, Johnnie Tait, and Harry Boudreaux are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 28th day of December, 2016.


                             s/WILLIAM H. STEELE
                             CHIEF UNITED STATES DISTRICT JUDGE